# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> JASON WALDMAN, <br><br> Defendant. | Case No.: 06-CV-918 JM (LSP) <br><br> Honorable Jeffrey T. Miller <br><br> **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application for Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven (7) sound recordings listed in Exhibit A to Plaintiffs' Complaint. Accordingly, having been adjudged to be in default, Defendant Jason Waldman ("Defendant") shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand Two Hundred Fifty Dollars ($5,250.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Sixty Dollars ($560.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "No Me Ensenaste," on album "Thalia," by artist "Thalia" (SR# 317-586);
- "The Child Inside," on album "Wake Up And Dream," by artist "Qkumba Zoo" (SR# 230-045);
- "Xplosion," on album "Stankonia," by artist "Outkast" (SR# 306-741);
- "Barbie Girl," on album "Aquarium," by artist "Aqua" (SR# 243-903);
- "Unpretty," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "Guantanamera," on album "Wyclef Jean Presents The Carnival Featuring Refugee Allstars," by artist "Wyclef Jean" (SR# 251-493);
- "Here I Am (Come and Take Me)," on album "Labour Of Love II," by artist "UB40" (SR# 112-173);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) and of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant shall also destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: November 1, 2007   By: _____
Honorable Jeffrey T. Miller
United States District Judge